**EDWARD B. GELLER, ESQ., P.C.**
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

August 30, 2019

Hon. Peter G. Sheridan
United States District Court
District of New Jersey
Clarkson S. Fisher Building 4
402 East State Street
Trenton, New Jersey   08608

Re:   Case No. 3:18-cv-09776-PGS-DEA
       Lasry v. JP Morgan Chase & Co.

Dear Judge Sheridan:

I am Of Counsel to M. Harvey Rephen & Associates, P.C., attorneys for Plaintiff Malka Lasry in the above captioned matter.   The Court recently rescheduled the oral argument of Plaintiff's motion to dismiss from September 23, 2019 at 12:00 p.m. to October 1, 2019 at 2:00 p.m. October 1st is a religious holiday and I will not be working that day.   As a result, I am requesting an adjournment of the oral argument.

I spoke with Amisha R. Patel, Esq., counsel for JP Morgan Chase Bank, and she has consented to my request for an adjournment, subject to the approval of the Court.   Ms. Patel and I are both available for oral argument on the following dates:   10/15/19, 10/17/19, 10/21/19, 10/22/19, 10/23/19, or 10/24/19.

Thank you for your consideration and attention to this matter.


Very truly yours,
*[signature]*
Edward B. Geller, Esq.
EBG/pw