UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALKA LASRY,<br><br>    *Plaintiff,*<br><br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>    *Defendant.* | Civil Action No.:<br>3:18-cv-09776-PGS-DEA<br><br>**ORDER** |

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal (ECF No. 19), and the Court having carefully reviewed and taken into consideration the submissions of the parties and after having oral argument on October 17, 2019, as well as the arguments and exhibits therein presented, and for good cause shown, and for all of the foregoing reasons,

IT IS on this __17__ day of October, 2019;

**ORDERED** that Plaintiff's Motion for Voluntary Dismissal of her Complaint with prejudice (ECF No. 19) is **GRANTED**; and it is further

**ORDERED** that this Court retains exclusive jurisdiction to determine whether attorneys' fees and costs should be awarded and whether sanctions should be imposed against Plaintiff's counsel and/or Ms. Lasry; and it is further

**ORDERED** that a hearing shall be held on November 5, 2019, at 12:00 p.m.  Both parties may present witnesses with regard to attorneys' fees and costs as well as sanctions.



SO ORDERED: *[signature]*
DATED: 10/17/19